B 265
(1/88)

# United States Bankruptcy Court

MIDDLE District of FLORIDA (ORLANDO DIVISION)

2005 NOV -7 A 11: 57

USDC/MDAL # 2:05mc3269-T

In re
CYPRESS RESTAURANTS OF
GEORGIA, INC.,
    Debtor

Bankruptcy Case No. 6:01-bk-09179-KSJ
Chapter 7

LEIGH R. MEININGER, Chapter 7 Trustee
for Cypress Restaurants of Georgia, Inc.,
    Plaintiff

v.

TMG STAFFING SERVICES, INC.,
A Florida Corporation,
    Defendant

Adversary Proceeding No. 6:04-ap-106-KSJ

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the bankruptcy court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on __October 14, 2005__
(date)
as it appears of record in my office, and that:

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
(name of court)                                          (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on
_____.
(date)

DAVID K. OLIVERIA
Clerk of the Bankruptcy Court

11/1/05
Date

By: _____ (signature)
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CYPRESS RESTAURANTS OF | ) | Case No. 6:01-bk-09179-KSJ |
| GEORGIA, INC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| LEIGH R. MEININGER, Chapter 7 Trustee | ) | |
| For Cypress Restaurants of Georgia, Inc., | ) | |
| | ) | Adversary No. 6:04-ap-106-KSJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TMG STAFFING SERVICES, INC., | ) | |
| A Florida Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

This adversary proceeding came on for hearing on August 25, 2005, on the Motion for Summary Judgment as to Counts II and III of the Complaint (the "Motion") (Doc. No. 40) filed by the Chapter 7 Trustee, Leigh R. Meininger. For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, it is

ORDERED:

1. The Motion is granted.

2. Final judgment is entered in favor of the plaintiff, Leigh R. Meininger, Chapter 7 Trustee, and against the defendant, TMG Staffing Services, Inc.

3. TMG shall turn over to the trustee the $116,611.62 transferred by the debtor after converting its Chapter 11 case to a case under Chapter 7.

4. TMG shall have 30 days after the date this order is entered to file an administrative claim in connection with TMG's provision of services in the debtor's Chapter 11 case.

DONE AND ORDERED in Orlando, Florida, on the 14th day of October, 2005.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies provided to:

Plaintiff: Leigh R. Meininger, P.O. Box 1946, Orlando, FL 32802-1946

Plaintiff's counsel: David E. Bane, Esquire, Citrus Center, 17th Floor, 255 S. Orange Avenue, P.O. Box 231, Orlando, FL 32801-0231

Defendant: TMG Staffing Services, Inc., 106 Adris Place, Dothan, AL 36304

Defendant's counsel: Banks T. Smith, Esquire, Hall, Smith & Jones, 360 North Oates Street, Dothan, AL 36303

Andrew J. McKibben, III, as Registered Agent, 2634 Lakeview Circle, Alford, FL 32420

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
UNITED STATES BANKRUPTCY COURT
DAVID K. OLIVERIA, CLERK

_____
Deputy Clerk
Date: 11/1/05